DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ARMANDO MARTINEZ-NAVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-00063 JAM | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER | |
| v. ) | CONTINUING STATUS CONFERENCE | |
| ) | AND EXCLUDING TIME | |
| ARMANDO MARTINEZ-NAVA, ) | | |
| ) | DATE: August 26, 2008 | |
| Defendant. ) | TIME: 8:30 a.m. | |
| ) | JUDGE: John A. Mendez | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL S. McCONKIE, JR., Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Chief Assistant Federal Defender, attorney for ARMANDO MARTINEZ-NAVA, that the current Status Conference date of July 22, 2008 be vacated, and a new Status Conference date of August 26, 2008 at 8:30 a.m. be set.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated and agreed between the parties that the period beginning July 22, 2008 through and including August 26, 2008

1  should be excluded in computing the time within which the trial of the
2  above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation and continuity of counsel.  All
4  parties stipulate and agree that this is an appropriate exclusion of
5  time within the meaning of Title 18, United States Code, Section
6  3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be
7  served by a continuance outweigh the best interests of the public and
8  the defendant in a speedy trial.
9  Dated: July 21, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ARMANDO MARTINEZ-NAVA

Dated: July 21, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Linda Harter for
DANIEL S. McCONKIE, JR.
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: July 21, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court